Juan. Acometimiento y agresión con circunstancias agravantes. Marzo 9, 1931.

No. 4417.—Pueblo, apldo., v. Oliveras, aplte.—C. D. San Juan. Portar armas prohibidas. Marzo 9, 1931.

No. 4415.—Pueblo, apldo., v. Cuestas, aplte.—C. D. San Juan. Abandono de menores. Marzo 9, 1931.

No. 4156.—Pueblo, apldo., v. Cordero, aplte.—C. D. Arecibo. Escalamiento en primer grado. Junio 25, 1930.

No. 4151.—Pueblo, apldo., v. Neves, aplte.—C. D. Arecibo. Delito subsiguiente de hurto de menor cuantía. Junio 25, 1930.

No. 4207.—Pueblo, apldo., v. García, aplte.—C. D. San Juan. Portar armas. Julio 7, 1930.

No. 4208.—Pueblo, apldo., v. Cintrón, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Julio 7, 1930.

No. 4150.—Pueblo, apldo., v. Vargas, aplte.—C. D. Ponce. Violación. Julio 7, 1930.

No. 4209.—Pueblo, apldo., v. Cintrón, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Julio 7, 1930.

No. 4153.—Pueblo, apldo., v. Rodríguez, aplte.—C. D. Arecibo. Escalamiento en primer grado. Julio 8, 1930.

No. 4152.—Pueblo, apldo., v. Rodríguez, aplte.—C. D. Arecibo. Escalamiento en primer grado. Julio 8, 1930.

No. 4211.—Pueblo, apldo., v. Santos, aplte.—C. D. Guayama. Asesinato en primer grado. Julio 8, 1930.

No. 4182.—Pueblo, apldo., v. Natal, aplte.—C. D. Arecibo. Escalamiento en primer grado. Julio 10, 1930.

No. 4229.—Pueblo, apldo., v. Ortiz, aplte.— C. D. San Juan. Portar armas. Julio 14, 1930.

No. 4222.—Pueblo, apldo., v. Méndez, aplte.—C. D. Aguadilla. Adulteración de leche. Julio 14, 1930.

No. 4228.—Pueblo, apldo., v. López Hermanos, aplte.—